## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TOT POWER CONTROL, S.L., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Defendant. | C.A. No. 21-cv-1302-MN <br><br> **JURY TRIAL DEMANDED** |
| TOT POWER CONTROL, S.L., <br><br> Plaintiff, <br><br> v. <br><br> LG ELECTRONICS, INC. and LG ELECTRONICS U.S.A., INC., <br><br> Defendants. | C.A. No. 21-cv-1304-MN <br><br> **JURY TRIAL DEMANDED** |
| TOT POWER CONTROL, S.L., <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | C.A. No. 21-cv-1305-MN <br><br> **JURY TRIAL DEMANDED** |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Walter D. Kelley, Jr., Brian A. Ratner, Tara R. Zurawski, and Bruce J. Wecker of Hausfeld, LLP to represent Plaintiff TOT Power Control, S.L. in these matters.

Dated:  January 26, 2022

Respectfully submitted,

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 N. Market Street, 12th Floor
Wilmington, Delaware 19801
(302) 777-0300
(302) 777-0301
bfarnan@farnanlaw.com

*Attorneys for Plaintiff TOT Power Control, S.L.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:  _____

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of District of Columbia and Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid ___ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted  X  to the Clerk's Office upon the filing of this motion.

Date: 1/26/2022

Walter D. Kelley, Jr.
HAUSFELD, LLP
888 16th Street, NW
Suite 300
Washington, DC 20006
Tel: (202) 540-7157
Fax: (202 540-7201
wkelley@hausfeld.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Pennsylvania, New Jersey, and District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid ___ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted _X_ to the Clerk's Office upon the filing of this motion.


Date: January 24, 2022

Brian A. Ratner
HAUSFELD LLP
888 16th Street, NW
Suite 300
Washington, DC 20006
Tel: (202) 540-7157
Fax: (202 540-7201
bratner@hausfeld.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of District of Columbia and Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid __ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted  X to the Clerk's Office upon the filing of this motion.

Date: 1/24/22

Tara R. Zurawski
HAUSFELD, LLP
888 16th Street, NW
Suite 300
Washington, DC 20006
Tel: (202) 540-7157
Fax: (202 540-7201
tzurawski@hausfeld.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

       Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 3/25/14, I further certify that the annual fee of $25.00 has been paid ___ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted  X  to the Clerk's Office upon the filing of this motion.


Date: 01/24/2022

                          Bruce J. Wecker
                          HAUSFELD, LLP
                          600 Montgomery Street
                          Suite 3200
                          San Francisco, CA 94111
                          Tel: (415) 633-1907
                          bwecker@hausfeld.com