**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TOT POWER CONTROL, S.L.,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC.<br><br>Defendant. | C.A. No. 21-cv-1302-MN |
| TOT POWER CONTROL, S.L.,<br><br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS, INC. and LG ELECTRONICS U.S.A., INC.<br><br>Defendants. | C.A. No. 21-cv-1304-MN |
| TOT POWER CONTROL, S.L.,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.<br><br>Defendants. | C.A. No. 21-cv-1305-MN |

**JOINT CLAIM CONSTRUCTION CHART**

Pursuant to the Amended Scheduling Order (*e.g.*, C.A. No. 21-cv-1305-MN, ECF No. 74), plaintiff TOT Power Control, S.L. and defendants Apple Inc. ("Apple"), LG Electronics Inc. and LG Electronics U.S.A., Inc. (collectively, "LG"), and Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") hereby submit this Joint Claim

Construction Chart identifying for the Court certain claim elements of U.S. Patent Nos. 7,532,865 (the "'865 patent") and 7,496,376 (the "'376 patent") that at least one party contends needs construction, together with the parties' proposed constructions of the claim language and citations to the supporting intrinsic evidence. References to particular file histories include reference to art cited therein.

It is further noted by Defendants that, by providing these proposed constructions, Defendants do not concede their positions regarding the indefiniteness of various asserted claims.

The parties met and conferred on March 8, 2024:

**Defendants' position statement**: During the parties' meet and confer, Defendants requested Plaintiff's explanation of what Plaintiff believes the "plain and ordinary meaning" of the claim terms to be. Plaintiff declined to do so, insisting that the meet and confer process was not intended to include a discussion of the parties' substantive positions, but indicating that it intended to explain its position in the forthcoming briefing.

**Plaintiff's response**: During the parties' meet and confer, Plaintiff explained that "plain and ordinary meaning" is an indication that the claim term does not require redefinition of ordinary words in order to be understood by a jury, and that Plaintiff understood the meet and confer process to be about finding opportunities to reduce the number of terms in dispute rather than an occasion for argument about terms that clearly remain in dispute. Plaintiff also objected to the inclusion of party statements about the meet and confer process in this pleading.

Each party reserves the right to rely on the intrinsic evidence cited by any other party in support of its proposed constructions.

Constructions for the '865 patent begin on page 3. Constructions for the '376 patent begin on page 11.

## I. U.S. Patent No. 7,532,865

| No. | Term | TOT's Proposed Construction | Apple's Proposed Construction | LG's Proposed Construction | Samsung's Proposed Construction |
|---|---|---|---|---|---|
| 1 | Preamble ("outer loop power control")<br><br>Claims: 1-8, 10, 12 | Plain and ordinary meaning<br><br>Intrinsic Evidence: '865 Patent at 1:18-20; 4:16-22; 4:46-5:8; 6:56-63; Fig. 3; Fig. 4. | No proposal[1] | Preamble is limiting<br><br>Intrinsic Evidence: '865 Patent at (54); 1:18-33; 1:51-54; 2:12-3:27; 4:14-5:16; 5:23-53; 6:57-63; 8:23-28; 8:45-64; 9:17-10:2; Fig. 3; Fig. 4. | Preamble is limiting<br><br>Intrinsic Evidence: '865 patent at 1:18-33, 1:51-54, 2:12-46, 3:18-27, 4:14-5:16; 5:23-53; 6:57-63; 8:23-28; 8:45-64; 9:17-10:2.<br><br>Fig. 3; Fig. 4. |
| 2 | "setting a desired signal to interference ratio target ($SIR_{target}$) that is close to a signal to interference ratio required ($SIR_{rec}$) during the normal mode of the outer loop"<br><br>Claim 1<br><br>"setting a desired signal to interference ratio target ($SIR_{target}$) that is close to a signal to interference ratio required | Plain and ordinary meaning<br><br>"signal to interference ratio required ($SIR_{rec}$)" should read "signal to interference ratio required ($SIR_{req}$)" in claim 1.<br><br>Intrinsic Evidence: | No proposal | "$SIR_{rec}$" should be "$SIR_{req}$" in claim 1<br><br>"$SIR_{req}$" means "theoretical minimum of the desired signal to interference ratio received ($SIR_{rec}$) that satisfies the target frame error rate ($FER_{target}$)." | "$SIR_{rec}$" should be "$SIR_{req}$" in claim 1.<br><br>"$SIR_{req}$" means a "theoretical minimum of the desired signal to interference ratio received ($SIR_{rec}$) that satisfies the target frame error rate ($FER_{target}$)." |

[1] TOT did not propose to Apple that any terms required construction. For terms where Apple's proposal is listed as "No proposal," the term was identified by a party other than Apple.

| | | | | | |
|---|---|---|---|---|---|
| | ($SIR_{req}$) during the normal mode of the outer loop"<br><br>Claim: 5 | '865 Patent at 2:14-46; 4:16-39; 4:57-67; 5:3-5; 7:20-36; 8:45-64 (claim 1); 9:17-10:2 (claim 5); Fig. 3; Fig. 4. | | The phrase "close to" renders the claim as a whole indefinite.<br><br><u>Intrinsic Evidence</u>: '865 Patent at Abstract; 2:33-36; 4:23-56; 4:57-5:16; 7:20-28; 7:44-48; 7:64-8:3; 9:24-27; Fig. 3; Fig. 4. | The phrase "close to" renders the claim as a whole indefinite.<br><br><u>Intrinsic Evidence</u>: '865 patent at Abstract; 4:23-56; 4:64-5:16; 7:20-28; 7:45-48; 7:64-8:3; Fig. 3; Fig. 4. |
| 3 | "outer loop wind-up"<br><br>Claims: 1, 2, 3, 5 | Plain and ordinary meaning<br><br><u>Intrinsic Evidence</u>: '865 Patent at 2:47-3:7, 3:49-56, 6:57-63, 7:53-59; 9:5-10, Fig 4. | "outer loop condition or mode that would dictate increases to the signal to interference ratio target ($SIR_{target}$) that cannot be followed by the signal to interference ratio received ($SIR_{rec}$) because of sustained worsening of the channel's conditions or sustained transmission of the transmitter at the maximum power available for the connection" | "outer loop condition or mode that would dictate increases to the signal to interference ratio target ($SIR_{target}$) that cannot be followed by the signal to interference ratio received ($SIR_{rec}$) because of sustained worsening of the channel's conditions or sustained transmission of the transmitter at the maximum power | "outer loop condition or mode that would dictate increases to the signal to interference ratio target ($SIR_{target}$) that cannot be followed by the signal to interference ratio received ($SIR_{rec}$) because of sustained worsening of the channel's conditions or sustained transmission of the transmitter at the maximum power available for the connection" |

| | | | | | |
|---|---|---|---|---|---|
| | | | Intrinsic Evidence:<br>'865 Patent at Abstract; 1:22-33; 2:47-3:7; 3:23-27; 3:49-64; 4:40-56; 6:57-63; 7:36-43; 7:53-8:3; Fig. 4.<br><br>IPR2022-1536 ("Samsung IPR"), Patent Owner's Preliminary Response at 1-2, 7-8, 18; Samsung IPR, Institution Decision at 20.<br><br>IPR2021-01092 ("Ericsson IPR"), Patent Owner's Preliminary Response at 6, 8, 11-12.<br><br>US2003/0148769 Chi, ¶6. | available for the connection"<br><br>Intrinsic Evidence:<br>'865 Patent at Abstract; 1:22-33; 2:60-3:7; 3:23-27; 3:49-64; 4:40-56; 6:57-67; 7:36-43; 7:53-8:3; Fig. 4.<br><br>IPR 2022-1536 ("Samsung IPR"), Patent Owner's Preliminary Response at 1-2, 7; Samsung IPR, Institution Decision at 20.<br><br>IPR 2021-01092 ("Ericsson IPR"), Patent Owner's Preliminary Response at 6. | Intrinsic Evidence:<br>'865 patent at 2:60-3:2; 3:23-27; 3:51-56; 4:40-56; 6:57-67; 7:36-43; Fig. 4.<br><br>IPR 2022-1536 ("Samsung IPR"), Patent Owner's Preliminary Response at 1-2, 7; Samsung IPR, Institution Decision at 20.<br><br>IPR 2021-01092 ("Ericsson IPR"), Patent Owner's Preliminary Response at 6. |
| 4 | "outer loop unwinding"<br><br>Claims: 1, 2, 4, 5 | Plain and ordinary meaning<br><br>Intrinsic Evidence:<br>'865 Patent at 3:8-27; 4:16-22; 6:64-67,7:36-8:29; Fig. 4. | No proposal | "outer loop condition or mode involving the process of lowering the desired signal to interference ratio target (SIRtarget) | "outer loop condition or mode involving the process of lowering the desired signal to interference ratio target ($SIR_{target}$) set |

| | | | | | |
|---|---|---|---|---|---|
| | | | | set during the outer loop windup"<br><br><u>Intrinsic Evidence</u>: '865 Patent at Abstract; 2:60-3:2; 3:23-27; 3:59-64; 4:40-56; 6:57-67; 7:20-24; 7:59-64; Fig. 4.<br><br>Samsung IPR, Patent Owner's Preliminary Response at 1-2; Samsung IPR, Institution Decision at 20. | during the outer loop wind-up"<br><br><u>Intrinsic Evidence</u>: '865 patent at Abstract; 2:60-3:2; 3:23-27; 3:59-64; 4:40-56; 6:57-67; 6:64-67; 7:20-24; 7:36-43; 7:59-64; Fig. 4.<br><br>Samsung IPR, Patent Owner's Preliminary Response at 1-2; Samsung IPR, Institution Decision at 20. |
| 5 | "wherein the desired signal to interference ratio target (SIR*target*) is modified at the start (403) of the outer loop unwinding, to match it to the outer loop power control in normal mode just prior to the start of the outer loop wind up"<br><br>Claims: 1, 5 | Plain and ordinary meaning<br><br><u>Intrinsic Evidence</u>: '865 patent at Abstract, 2:32-45, 4:16-55, 4:61-5:22, 7:20-8:28, 8:45-64 (claim 1), 9:17-10:2 (claim 5), Fig. 3, Fig. 4 | "wherein the desired signal to interference ratio target (SIR*target*) is modified at the start (403) of the outer loop unwinding to the last specific historical value of the SIRtarget that was previously set for the outer loop power control in normal mode just prior to the | "the desired signal to interference ratio target (SIR*target*) is modified at the start (403) of the outer loop unwinding to the last specific historical value of the SIR*target* that was previously set for the outer loop power control in normal mode just prior to the start of | "wherein the desired signal to interference ratio target (SIR*target*) is modified at the start of the outer loop unwinding to set it to the last, specific historical value of the SIRtarget that was previously set for the outer loop power control in normal mode just prior to |

| | | | | | |
|---|---|---|---|---|---|
| | | | start of the outer loop wind up”<br><br>Patentee disclaimed methods that modify the desired signal to interference ratio target ($SIR_{target}$) where $SIR_{target}$ converges over some time period to the required SIR, and limited the claim to a modification of $SIR_{target}$ that essentially eliminates the convergence period altogether.<br><br><u>Intrinsic Evidence</u>:<br>‘865 Patent at Abstract; 3:65-4:10; 4:23-56; 4:64-5:23; 7:20-36; 7:52-8:3; Fig. 3; Fig. 4.<br><br>’865 Prosecution History, July 29, 2008 Office Action; ’865 Prosecution History, November 26, 2008 Amendment and Remarks. | the outer loop wind up.”<br><br>Patentee disclaimed methods that modify the desired signal to interference ratio target (SIRtarget) where SIRtarget converges over some time period to the required SIR, and limited the claim to a modification of SIRtarget that essentially eliminates the convergence period altogether.<br><br><u>Intrinsic Evidence</u>:<br>’865 Patent at Abstract; 3:65-4:10; 4:23-56; 4:64-5:16; 7:20-36; 7:52-8:3; Fig. 3; Fig. 4.<br><br>’865 Prosecution History, July 29, 2008 Office Action; ’865 Prosecution | the start of the outer loop wind up”<br><br>Patentee has disclaimed methods that modify the desired signal to interference ratio target ($SIR_{target}$) where $SIR_{target}$ converges over some time period to the required SIR, and has expressly limited the claims to a modification of $SIR_{target}$ that essentially eliminates the convergence period altogether.<br><br><u>Intrinsic Evidence</u>:<br>’865 patent at Abstract; 4:7-10; 4:23-56; 4:64-5:16; 7:20-36; 7:53-8:3; Fig. 3; Fig. 4.<br><br>’865 Prosecution History, July 29, 2008 Office Action; ’865 Prosecution |

| | | | | | |
|---|---|---|---|---|---|
| | | | Samsung IPR, Patent Owner's Preliminary Response at 9, 13, 17, 20, 28, 36, 38-39, 42, 53-54; Samsung IPR, Institution Decision at 5, 22-23.<br><br>IPR 2021-01092 ("Ericsson IPR"), Patent Owner's Preliminary Response at 19-21, 30-36; Ericsson IPR, Institution Decision at 5, 15-19.<br><br>US2003/0148769 Chi, ¶¶ 6, 40, Fig. 8. | History, November 26, 2008 Amendment and Remarks.<br><br>Samsung IPR, Patent Owner's Preliminary Response at 17, 28, 53-54; Samsung IPR, Institution Decision at 22-23.<br><br>IPR 2021-01092 ("Ericsson IPR"), Patent Owner's Preliminary Response at 19-21, 30-36; Ericsson IPR, Institution Decision at 5, 15-19. | History, November 26, 2008 Amendment and Remarks.<br><br>Samsung IPR, Patent Owner's Preliminary Response at 17, 28, 53-54; Samsung IPR, Institution Decision at 22-23.<br><br>IPR 2021-01092 ("Ericsson IPR"), Patent Owner's Preliminary Response at 19-21, 30-36; Ericsson IPR, Institution Decision at 5, 15-19. |
| 6 | "wherein at the start (403) of the outer loop unwinding the desired signal to interference ratio target ($SIR_{target}$) is set to a value suitably close to the original value (401) set just before the start moment (402) of the outer loop wind-up"<br><br>Claim: 2 | Plain and ordinary meaning<br><br>Intrinsic Evidence: '865 patent at Abstract, 2:32-45, 4:16-55, 4:61-5:22, 7:20-8:28, 8:45-64 (claim 1), 8:65-9:3 (claim 2), 9:17-10:2 | No proposal | Invalid as improper dependent claim under pre-AIA § 112, ¶ 4 for failure to specify a further limitation of the subject matter claimed. | Invalid as improper dependent claim under pre-AIA § 112, ¶ 4 for failure to specify a further limitation of the subject matter claimed. |

| | | | | | |
|---|---|---|---|---|---|
| | | (claim 5), Fig. 3, Fig. 4. | | The phrase "suitably close to" renders the claim as a whole indefinite.<br><br><u>Intrinsic Evidence</u>: '865 Patent at Abstract; 4:23-56; 4:64-5:16; 7:20-28; 7:64-8:3;<br>Fig. 3; Fig. 4. | The phrase "suitably close to" renders the claim as a whole indefinite.<br><br><u>Intrinsic Evidence</u>: '865 patent at Abstract; 4:23-56; 4:64-5:16; 7:20-28; 7:64-8:3; Fig. 3; Fig. 4. |
| 7 | "close to"<br><br>Claims 1, 5<br><br>"suitably close to"<br><br>Claim 2 | Plain and ordinary meaning<br><br><u>Intrinsic Evidence</u>: '865 patent at Abstract, 2:32-45, 4:16-55, 4:61-5:22, 7:20-8:28, 8:45-64 (claim 1), 8:65-9:3 (claim 2), 9:17-10:2 (claim 5), Fig. 3, Fig. 4. | No proposal | Indefinite<br><br>See above re: larger phrases | Indefinite<br><br>See above re: larger phrases |

## II. U.S. Patent No. 7,496,376

| No. | Term | Plaintiff's Proposed Construction | Apple's Proposed Construction | LG's Proposed Construction | Samsung's Intrinsic Evidence |
|---|---|---|---|---|---|
| 1 | Preamble ("outer loop power control")<br><br>(all asserted claims) | Plain and ordinary meaning<br><br>Intrinsic Evidence: '376 Patent at Abstract, 1:23-27, 1:52-55, 5:36-50, 7:66-8:3, Fig. 7. | No proposal | Preamble is limiting<br><br>Intrinsic Evidence: '376 Patent at (54); 1:19-34; 1:52-55; 2:36-3:20; 5:33-46; 7:57-65; 9:56-65; 13:11-15; 13:23-26. | Preamble is limiting<br><br>Intrinsic Evidence: '376 Patent at (54); 1:19-34; 1:52-55; 2:36-3:20; 5:33-46; 7:57-65; 9:56-65; 13:11-15; 13:23-26. |
| 2 | "some fading parameters"<br><br>(claims 1, 6, 13) | Plain and ordinary meaning, which is "one or more fading parameters"<br><br>Intrinsic Evidence: '376 Patent at 4:45-59, 5:21-29, 7:57-65; 10:51-67, 14:44-67 (claim 1), 15:29-53 (claim 6), 16:46-18:5 (claim 13).<br><br>U.S. Pat. No. 7,200,123 (incorporated as EP200202947) at 3:27-53. | "more than one fading parameter"<br><br>Intrinsic Evidence: '376 Patent at Abstract; 5:52-58; 6:43-45; 6:63-65; 9:66-10:10; 10:32-57; 11:30-46; 12:23-36; 12:45-52; 13:2-6; 13:32-49; 14:8-27; 14:44-67. | "more than one fading parameter"<br><br>Intrinsic Evidence: '376 Patent at Abstract; 5:52-58; 6:43-45; 6:63-65; 9:66-10:10; 10:32-57; 11:30-46; 12:23-36; 12:45-52; 13:2-6; 13:32-49; 14:8-27; 14:44-67. | "more than one fading parameter"<br><br>Intrinsic Evidence: '376 Patent at Abstract; 5:52-58; 6:43-45; 6:63-65; 9:66-10:10; 10:32-57; 11:30-46; 12:23-36; 12:45-52; 13:2-6; 13:32-49; 14:8-27; 14:44-67. |

| No. | Term | Plaintiff's Proposed Construction | Apple's Proposed Construction | LG's Proposed Construction | Samsung's Intrinsic Evidence |
|---|---|---|---|---|---|
| 3 | "some fading margins"<br><br>(claims 1, 6, 13) | "one or more fading margins"<br><br><u>Intrinsic Evidence</u>: '376 Patent at 4:45-59, 5:21-29, 7:57-65; 10:51-67, 14:44-67 (claim 1), 15:29-53 (claim 6), 16:46-18:5 (claim 13).<br><br>U.S. Pat. No. 7,200,123 (incorporated as EP200202947) at 3:27-53. | "more than one fading margin"<br><br><u>Intrinsic Evidence</u>: '376 Patent at Abstract; 5:52-58; 6:43-45; 6:63-65; 9:66-10:10; 10:32-57; 11:30-46; 12:23-36; 12:45-52; 13:2-6; 13:32-49; 14:8-27; 14:44-67. | "more than one fading margin"<br><br><u>Intrinsic Evidence</u>: '376 Patent at Abstract; 5:52-58; 6:43-45; 6:63-65; 9:66-10:10; 10:32-57; 11:30-46; 12:23-36; 12:45-52; 13:2-6; 13:32-49; 14:8-27; 14:44-67. | "more than one fading margin"<br><br><u>Intrinsic Evidence</u>: '376 Patent at Abstract; 5:52-58; 6:43-45; 6:63-65; 9:66-10:10; 10:32-57; 11:30-46; 12:23-36; 12:45-52; 13:2-6; 13:32-49; 14:8-27; 14:44-67. |
| 4 | "some outage probabilities"<br><br>(claims 1, 6, 13) | "one or more outage probabilities"<br><br><u>Intrinsic Evidence</u>: '376 Patent at 4:45-59, 5:21-29, 7:57-65; 10:51-67, 14:44-67 (claim 1), 15:29-53 (claim 6), 16:46-18:5 (claim 13). | "more than one outage probability"<br><br><u>Intrinsic Evidence</u>: '376 Patent at Abstract; 5:52-58; 6:43-45; 6:63-65; 9:66-10:10; 10:32-57; 11:30-46; 12:23-36; 12:45-52; 13:2-6; 13:32- | "more than one outage probability"<br><br><u>Intrinsic Evidence</u>: '376 Patent at Abstract; 5:52-58; 6:43-45; 6:63-65; 9:66-10:10; 10:32-57; 11:30-46; 12:23-36; 12:45-52; 13:2-6; 13:32-49; 14:8-27; 14:44-67. | "more than one outage probability"<br><br><u>Intrinsic Evidence</u>: '376 Patent at Abstract; 5:52-58; 6:43-45; 6:63-65; 9:66-10:10; 10:32-57; 11:30-46; 12:23-36; 12:45-52; 13:2-6; 13:32-49; 14:8-27; 14:44-67. |

| No. | Term | Plaintiff's Proposed Construction | Apple's Proposed Construction | LG's Proposed Construction | Samsung's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | U.S. Pat. No. 7,200,123 (incorporated as EP200202947) at 3:27-53. | 49; 14:8-27; 14:44-67. | | |
| 5 | "by means of a dynamic adjusting function which performs a mapping between a quality criterion based on the outage probabilities ($p_{\sigma 1}$, $p_{\sigma 2}$, . . . , $p_{\sigma N}$) and the quality criterion based on the target block error rate ($BLER_{target}$)"<br><br>(claims 1, 6, 13) | Plain and ordinary meaning<br><br>Not a means plus function claim<br><br>Intrinsic Evidence: '376 Patent at Abstract, 5:21-29, 5:66-6:12, 6:13-7:65, 7:66-8:15, 11:7-12:7, 12:12–29, 12:36-13:22, 13:65-14:7, 14:15-27, 14:28-36, 14:44-67 (claim 1), 15:29-53 (claim 6), 16:46-18:5 (claim 13), Figs. 3-8 | Governed by Pre-AIA 35 U.S.C. § 112, ¶ 6 (means plus function)<br><br>**Function:** performs a mapping between a quality criterion based on the outage probabilities ($p_{o1}$, $p_{o2}$, … $p_{oN}$) and the quality criterion based on the target block error rate ($BLER_{target}$)<br><br>**Structure:** neural network<br><br>Intrinsic Evidence: 376 Patent at 5:66-6:6; 6:13-7:56; | Governed by Pre-AIA 35 U.S.C. § 112, ¶ 6 (means plus function)<br><br>**Function**: performs a mapping between a quality criterion based on the outage probabilities ($p_{\sigma 1}$, $p_{\sigma 2}$,. . . , $p_{\sigma N}$) and the quality criterion based on the target block error rate ($BLER_{target}$)<br><br>**Structure**: neural network<br><br>Intrinsic Evidence: '376 Patent at 5:66-6:6; 6:13-7:56; 11:1-13:22; 14:8-27; Fig. 3; Fig. 5; | Governed by Pre-AIA 35 U.S.C. § 112, ¶ 6 (means plus function)<br><br>**Function**: performs a mapping between a quality criterion based on the outage probabilities ($p_{\sigma 1}$, $p_{\sigma 2}$, . . . , $p_{\sigma N}$) and the quality criterion based on the target block error rate ($BLER_{target}$)<br><br>**Structure**: neural network<br><br>Intrinsic Evidence: '376 Patent at 6:13-7:56; 11:1-13:22; 14:8-27; Fig. 3; Fig. |

| No. | Term | Plaintiff's Proposed Construction | Apple's Proposed Construction | LG's Proposed Construction | Samsung's Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | 11:1-13:22; 11:30-46; 13:2-10; 14:8-27; Fig. 3; Fig. 5; Fig. 6; Fig. 7; Fig. 8. | Fig. 6; Fig. 7; Fig. 8. | 5; Fig. 6; Fig. 7; Fig. 8. |

Dated: March 8, 2024

Respectfully submitted,

FARNAN LLP

/s/ *Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff TOT Power Control, S.L.*

DLA PIPER LLP (US)

/s/ Brian A. Biggs
Brian A. Biggs (DE Bar No. 5591)
Erin E. Larson (DE Bar No 6616)
1201 North Market Street, Suite 2100
Wilmington, DE 19801-1147
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
brian.biggs@us.dlapiper.com
erin.larson@us.dlapiper.com

*Attorneys for Defendant Apple Inc.*

DLA PIPER LLP (US)

/s/ Jeff Castellano
Brian A. Biggs (DE Bar No. 5591)
Jeff Castellano (DE Bar No. 4837)
Erin E. Larson (DE Bar No 6616)
1201 North Market Street, Suite 2100
Wilmington, DE 19801-1147
Telephone: (302) 468 - 5700
Facsimile: (302) 394 - 2341
brian.biggs@us.dlapiper.com
jeff.castellano@us.dlapiper.com
erin.larson@us.dlapiper.com

*Attorneys for Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc.*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Adam W. Poff
Adam W. Poff (No. 3990)
Samantha G. Wilson (No. 5816)
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
swilson@ycst.com

*Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.*