IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TOT POWER CONTROL, S.L., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1302 (MN) |
| | ) | |
| APPLE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

# **VERDICT FORM**

## INSTRUCTIONS

In answering the following questions and filling out this Verdict Form, you are to follow the jury instructions that I have given you. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in the jury instructions. Please refer to the jury instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

As used herein:

1. The '865 patent refers to United States Patent Number 7,532,865.
2. The '376 patent refers to United States Patent Number 7,496,376.
3. The Asserted Patents refer to the '865 patent and the '376 patent.
4. TOT refers to Plaintiff TOT Power Control, S.L.
5. Apple refers to Defendant Apple Inc.

## INFRINGEMENT

### I. '865 PATENT

**QUESTION 1:** Did TOT prove, by a preponderance of the evidence, that Apple products with a Qualcomm modem literally infringe any of the following claims of the '865 Patent?

| | Yes (finding for TOT) | No (finding for Apple) |
|---|---|---|
| Claim 5 | yes | |
| Claim 6 | yes | |

### II. '376 PATENT

**QUESTION 2:** Did TOT prove, by a preponderance of the evidence, that Apple products with a Qualcomm modem infringe under the doctrine of equivalents any of the following asserted claims of the '376 Patent?

| | Yes (finding for TOT) | No (finding for Apple) |
|---|---|---|
| Claim 6 | | NO |

# INVALIDITY

## I. '865 PATENT

**QUESTION 3:** Did Apple prove, by clear and convincing evidence, that any of the following claims of the '865 Patent are invalid due to obviousness?

| | Yes (finding for Apple) | No (finding for TOT) |
|---|---|---|
| Claim 5 | | No |
| Claim 6 | | No |

## DAMAGES

Answer this question *only if* you find that at least one of the claims of the Asserted Patents is *both* infringed *and* not invalid. So, if you checked "YES" for Question 1 and checked "NO" for Question 3, OR (ii) you checked "YES" for Question 2, you must answer Question 4. Otherwise, please proceed directly to the final page of the Verdict Form and sign and date that page.

**QUESTION 4:** What amount of damages has TOT proven, by a preponderance of the evidence, would fairly and reasonably compensate TOT for Apple's infringement of the Asserted Patents? (Check one and fill out the corresponding line(s)).

☐ Lump Sum: __________

☑ Running Royalty: $110,734,008 / $0.25 per unit

## UNANIMOUS VERDICT

You have reached the end of the Verdict Form. Review the completed form to ensure it accurately reflects your unanimous determinations. All jurors should then sign and date the verdict form in the space below and notify the Court Security Officer that you have reached a verdict.

Dated: 6/30/25

Foreperson

Juror

Juror

REDACTED

Juror

Juror

Juror

Juror

Juror