IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TOT POWER CONTROL, S.L.,    ) | |
| )    | |
| Plaintiff,    ) | |
| )    | |
| v.    ) | C.A. No. 21-1302 (MN) |
| )    | |
| APPLE INC.,    ) | |
| )    | |
| Defendant.    ) | |

**<u>JUDGMENT FOLLOWING JURY VERDICT</u>**

This 1st day of July 2025, the Court having held a jury trial and the jury having rendered a unanimous verdict on June 30, 2025 (*see* D.I. 466), pursuant to Rule 58(b) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that:

1. Judgment is entered in favor of Plaintiff TOT Power Control, S.L. ("Plaintiff") and against Apple, Inc. ("Defendant") that Defendant literally infringes claims 5 and 6 of U.S. Patent No. 7,532,865 ("the '865 Patent").

2. Judgment is entered in favor of Defendant and against Plaintiff that claim 6 of U.S. Patent No. 7,496,376 ("the '376 Patent") is not infringed under the doctrine of equivalents;

3. Judgment is entered in favor of Plaintiff and against Defendant that claims 5 and 6 of the '865 Patent are not invalid as obvious; and

4. Judgment is entered in favor of Plaintiff and against Defendant for damages in the amount of $110,734,008, in the form of a running royalty for Defendant's infringement.

IT IS FURTHER ORDERED that this Judgment shall have the effect of denying as moot all pending motions made by the parties pursuant to Rule 50(a) of the Federal Rules of Civil Procedure.

IT IS STILL FURTHER ORDERED that the deadline for any party to move for costs and attorneys' fees (including under 35 U.S.C. § 285) is extended to within fourteen (14) days after the time for appeal has expired or within fourteen (14) days after issuance of the mandate from the appellate court, and no party shall file any such motion before that time.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge